**Dismissed and Opinion Filed January 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01528-CV

### KEN PAXTON IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS AND THE STATE OF TEXAS, Appellants
### V.
### ARNIEKA SIMMONS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07822**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen
Opinion by Justice Pedersen

Before the Court is appellants' motion to dismiss the appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE

191528f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEN PAXTON IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF TEXAS AND THE
STATE OF TEXAS, Appellants

No. 05-19-01528-CV      V.

ARNIEKA SIMMONS, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07822.
Opinion delivered by Justice Pedersen,
Justices Osborne and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Arnieka Simmons recover her costs, if any, of this appeal from appellants Ken Paxton in his official capacity as Attorney General of the State of Texas and the State of Texas.

Judgment entered this 28th day of January, 2020.